JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MARINE,<br>        Plaintiff,<br>    v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>        Defendant. | NO. EDCV 19-0746-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: March 12, 2020

                                            /s/ Karen L. Stevenson
                                            KAREN L. STEVENSON
                                            UNITED STATES MAGISTRATE JUDGE