# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MARINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security<br><br>　　　　Defendant. | NO. EDCV 19-746-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees ("Stipulation"), which was filed on June 1, 2020, IT IS ORDERED that fees in the amount of $6,225.90 as authorized by 28 U.S.C. § 2412(d), shall be awarded, subject to terms of the Stipulation.

DATED: June 2, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE